# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131388-91 & (67)

EDWARD JELONEK, JR., D.O.,
       Plaintiff/Counter-Defendant-
       Appellee/Cross-Appellant,

v

EMERGENCY MEDICINE SPECIALISTS, P.C.,
       Defendant/Counter-Plaintiff-
       Appellant/Cross-Appellee,

and

ANTHONY C. SOUTHALL, JAMES M. FOX,
MARSON MA, CHADA REDDY, CHARLENE
BABCOCK IRVIN, ERIC J. GLOSS, DOUGLAS
J. WHEATON, JERE BALDWIN, and ROMAIN
MANAGEMENT INVESTMENT & INSURANCE, INC.,
       Defendants/Counter-Plaintiffs.
_____

DUANE WISK, D.O.,
       Plaintiff-Appellee/
       Cross-Appellant,

v

EMERGENCY MEDICINE SPECIALISTS, P.C.,
       Defendant-Appellant/
       Cross-Appellee,
and

ANTHONY C. SOUTHALL, JAMES M. FOX,
MARSON MA, CHADA REDDY, CHARLENE
BABCOCK IRVIN, ERIC J. GLOSS, DOUGLAS
J. WHEATON, JERE BALDWIN, and ROMAIN
MANAGEMENT INVESTMENT & INSURANCE, INC.,
       Defendants.
_____/

SC: 131388-89
COA: 257974, 258418
Oakland CC: 96-530546-CK

SC: 131390-91
COA: 257975, 258419
Oakland CC: 96-533875-CK

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

     On order of the Court, the application for leave to appeal the March 14, 2006 judgment of the Court of Appeals and the application for leave to appeal as cross-

appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

Clerk

s0918